UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: _____

## APPLICATION FOR EXTENSION OR
## <u>EARLY TERMINATION OF LOSS MITIGATION PERIOD</u>

The undersigned is the _____ in this matter. On

_____, a Loss Mitigation Order was entered concerning:

Property:        _____

Creditor:        _____

The Loss Mitigation Period will expire on _____.

For the reason(s) set forth below, the _____ hereby requests:

❏ An extension of the Loss Mitigation Period to _____ .

❏ Early termination of the Loss Mitigation Period, effective _____ .

Set forth the applicant's reason(s) for the above request:

❑ The parties to this matter, listed on the *Certification of Service* filed with this Application, consent to immediate entry of the order granting this Application. A *Certification Concerning Order to Be Submitted* has been filed with the Court.

❑ The parties to this matter, listed on the *Certification of Service* filed with this Application, do not consent to immediate entry of the order granting this application. (If the non-consenting party fails to file an objection to this Application within 7 days of the filed date of the Application, which objection must be served on all Loss Mitigation parties, the Court may grant the relief requested.)

❑ Consent has not been requested.

Dated: _____          _____
                                                              Applicant's signature

*rev.12/17/19*