| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Raymond and Raymond, Esqs.<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) |

**Order Filed on November 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No. 19-32599  (CMG) |
|---|---|
| ADAM QUILAL-LAN, DEBTOR(S) | Adv. No.: |
| | Hearing Date: |
| | Judge: CHRISTINE GRAVELLE |

## ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: November 20, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtor: Adam Quilal-Lan, Debtor(s)

Case no.: 19-32599  (CMG)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$500.00** for services rendered and expenses in the amount **$0.00**  for a total of **$500.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.