| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Adam P Quilal-Lan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-6460<br>EIN   _ _-_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19-32599-CMG | |

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Adam P Quilal-Lan

9/24/21                                                     **By the court:** Christine M. Gravelle
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 19-32599-CMG
Adam P Quilal-Lan                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                       Page 1 of 3
Date Rcvd: Sep 24, 2021              Form ID: 3180W                  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adam P Quilal-Lan, 10 Joanna Place, Colonia, NJ 07067-1321 |
| lm | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 518600669 | + | Ana Quilal-Lan, 10 Joanna Place, Colonia, NJ 07067-1321 |
| 518600680 | + | Conduent/ACS, Attn: Bankruptcy, PO Box 7051, Utica, NY 13504-7051 |
| 518600681 | + | Conduent/ACS, 181 Montour Run Road, Coraopolis, PA 15108-9408 |
| 518705582 | + | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519026237 | + | HSBC Bank USA, National Association Trustee (See 4, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518600686 | + | Mary Flanagan, DMD, 777 Raritan Rd., Clark, NJ 07066-2206 |
| 518600689 | + | Phelan, Hallinan, Diamond & Jones, P.C., 1617 JFK Boulevard, Suite 1400, Ref: F-017445-18), Philadelphia, PA 19103-1814 |
| 518600692 | + | Richard Olin, MD, 1361 St. Georges Avenue, Rahway, NJ 07065-2760 |
| 518600695 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 24 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 24 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518600670 | | EDI: BANKAMER.COM | Sep 25 2021 00:28:00 | Bank Of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998 |
| 518600671 | | EDI: BANKAMER.COM | Sep 25 2021 00:28:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 518600673 | + | Email/Text: bankruptcy@usecapital.com | Sep 24 2021 20:30:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 518600672 | + | Email/Text: bankruptcy@usecapital.com | Sep 24 2021 20:30:00 | Capital Accounts, Attn: Bankruptcy Dept, PO Box 140065, Nashville, TN 37214-0065 |
| 518600674 | + | EDI: CAPONEAUTO.COM | Sep 25 2021 00:28:00 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518600675 | | EDI: CAPONEAUTO.COM | Sep 25 2021 00:28:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 518600676 | + | EDI: CHASEAUTO | Sep 25 2021 00:28:00 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 518600677 | + | EDI: CHASEAUTO | Sep 25 2021 00:28:00 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 518600678 | | EDI: WFNNB.COM | Sep 25 2021 00:28:00 | Comenity Bank/New York, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 518600679 | + | EDI: WFNNB.COM | | |

Case 19-32599-CMG    Doc 56    Filed 09/26/21    Entered 09/27/21 00:15:50    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 25 2021 00:28:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 518600682 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2021 20:44:10 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518600684 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2021 20:44:09 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518696991 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2021 20:44:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518600687 | + | EDI: NAVIENTFKASMSERV.COM | Sep 25 2021 00:28:00 | Naviet, Attn: Claims Dept, PO Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518600688 | + | EDI: NAVIENTFKASMSERV.COM | Sep 25 2021 00:28:00 | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518600691 | | EDI: PRA.COM | Sep 25 2021 00:28:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518600690 | | EDI: PRA.COM | Sep 25 2021 00:28:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518652989 | | EDI: PRA.COM | Sep 25 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Dicks Sporting Goods, POB 41067, Norfolk VA 23541 |
| 518600693 | + | Email/Text: bankruptcy@savit.com | Sep 24 2021 20:30:00 | SaVit Collection Agency, Attn: Bankruptcy, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518600694 | + | Email/Text: bankruptcy@savit.com | Sep 24 2021 20:30:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518600698 | + | EDI: RMSC.COM | Sep 25 2021 00:28:00 | Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |
| 518600696 | + | EDI: RMSC.COM | Sep 25 2021 00:28:00 | Synchrony Bank, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 518603227 | + | EDI: RMSC.COM | Sep 25 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519293965 | *+ | Adam P Quilal-Lan, 10 Joanna Place, Colonia, NJ 07067-1321 |
| 518600683 | *+ | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518600685 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518600699 | *+ | Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |
| 518600697 | *+ | Synchrony Bank, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Sep 24, 2021 | Form ID: 3180W | Total Noticed: 36

Date: Sep 26, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Nomura Asset Acceptance Corporation, Alternative Loan Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Adam P Quilal-Lan herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5